UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWIN RIVERA,

      Plaintiff,

v.                     Case No.: 8:18-cv-01050-VMC-TGW

SUNTRUST BANK,

      Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on September 10, 2018.  Plaintiff and his trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

The case has been completely settled.

Done September 10, 2018 in Tampa, Florida.

Respectfully submitted,


/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002    Fax: 813.874.1131
email: peter@grillimediation.com


I HEREBY CERTIFY that September 10, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.


/s/ Peter J. Grilli
Peter J. Grilli, Esq.