## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**EDWIN RIVERA,**

    Plaintiff,

v.                                    Case No: 8:18-cv-01050-VMC-TGW

**SUNTRUST BANK**,

    Defendant.

_____/

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, **EDWIN RIVERA** ("Plaintiff") and Defendant, **SUNTRUST BANK** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **October 1, 2018**

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Alexandra de Alejo* |
| Kaelyn Steinkraus, Esq. | Alexandra de Alejo, Esq. |
| FBN: 125132 | FBN: 43108 |
| kaelyn@zieglerlawoffice.com | alexandra.dealejo@gray-robinson.com |
| Michael A. Ziegler, Esq. | edelweiss.cianella@gray-robinson.com |
| FBN: 74864 | **GrayRobinson, P.A.** |
| mike@zieglerlawoffice.com | 333 S.E. 2nd Ave., Ste. 3200 |
| **Law Office of Michael A. Ziegler, PL** | Miami, FL 33131 |
| 13575 58th St. N., Suite 129 | (Tel) 305-416-6880 |
| Clearwater FL 33760 | (Fax) 305-416-9887 |
| (Tel) 727-538-4188 | Counsel for Defendant |
| (Fax) 727-362-4778 | |
| Counsel for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132